**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____ Chapter  7

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Boss Enterprises - 5th & Greenhill, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FKA  Boss Enterprises, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 22-3954323 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2 McCullough Drive, Unit 1A<br>New Castle, DE 19720<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| New Castle<br>County | Location of principal assets, if different from principal place of business<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Boss Enterprises - 5th & Greenhill, LLC**   Case number (*if known*) _____
          Name

7. **Describe debtor's business**    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __2383__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

   ■ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check all that apply:*
      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ☐ A plan is being filed with this petition.
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor  __Boss Enterprises - 5th & Greenhill, LLC__       Case number (*if known*) _____
       Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
        Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  __Boss Enterprises - 5th & Greenhill, LLC__                Case number (*if known*) _____
        Name

■ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 20, 2018**
              MM / DD / YYYY

X _____        **Gary W. Munch**
Signature of authorized representative of debtor   Printed name

Title   **Manager**

**18. Signature of attorney**

X _____        Date  **September 20, 2018**
Signature of attorney for debtor                         MM / DD / YYYY

**Eric J. Monzo 5214**
Printed name

**Morris James LLP**
Firm name

**500 Delaware Avenue, Suite 1500**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 888-6800**       Email address   **emonzo@morrisjames.com**

**5214 DE**
Bar number and State

Debtor   __Boss Enterprises - 5th & Greenhill, LLC__    Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 20, 2018__
            MM / DD / YYYY

X _/s/ signature_
Signature of authorized representative of debtor

Gary W. Munch
Printed name

Title  **Manager**

**18. Signature of attorney**

X _/s/ signature_
Signature of attorney for debtor

Date  __September 20, 2018__
      MM / DD / YYYY

__Eric J. Monzo 5214__
Printed name

__Morris James LLP__
Firm name

**500 Delaware Avenue, Suite 1500**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  __(302) 888-6800__    Email address  __emonzo@morrisjames.com__

__5214 DE__
Bar number and State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## WRITTEN CONSENT IN LIEU OF A MEETING OF THE MEMBERS
## OF BOSS ENTERPRISES – 5TH & GREENHILL, LLC
a Delaware limited liability company

### SEPTEMBER 20, 2018

**WHEREAS**, the undersigned manager (the "Manager") of Boss Enterprises – 5th & Greenhill, LLC (the "Company") and upon the written consent and election of the majority-in-interest of the Company's Class B Common Members pursuant to Article IX, Section 9.01 of the Company's Operating Agreement, as amended and restated, has reviewed and considered the business and financial conditions and results of operations of the Company including the assets and liabilities of the Company, and the market for the Company's services, has adopted the following resolutions (the "Resolutions"); and

**WHEREAS**, the Company has reviewed, considered, evaluated and to the extent permitted, taken action with respect to the strategic alternatives available to the Company in light of the Company's financial conditions and liquidity, including but not limited to the filing of a petition under Chapter 7 of title 7 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Company as determined that it is desirable and in the best interests of the Company and its creditors, members, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 7 of the Bankruptcy Code.

**NOW, THEREFORE**, be it:

**RESOLVED**, that the filing by the Company of a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") be, and it hereby is, authorized and approved; and

**RESOLVED FURTHER**, that the Manager and other persons as he shall from time to time designate as appropriate (each an "Authorized Person"), acting alone or with one or more other Authorized Person, be, and hereby is, authorized and empowered to execute and verify a petition for relief under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court and to commence any ancillary or related proceedings as may be necessary or appropriate and to execute, verify, and cause to be filed all documents in furtherance thereof, at such time as such Authorized Person executing the same shall determine; and

**RESOLVED FURTHER**, that each Authorized Person, acting alone or with one or more other Authorized Persons, be, and hereby is, authorized and empowered to negotiate, enter into, execute, deliver, certify, file, record, and perform any and all petitions, schedules, lists, motions, certifications, agreements, instruments, affidavits, applications, or other documents and to take such other action, as in the judgment of such Authorized Person shall be or become necessary, proper, or desirable in connection with the Company's chapter 7 case; and

7912336/

2

**RESOLVED FURTHER**, that each Authorized Person, acting alone or with one or more other Authorized Person, be, and hereby is, authorized and directed to employ the law firm of Morris James LLP to render legal services and to represent the Company in connection with such chapter 7 case and other related matters in connection therewith, upon such terms and conditions as such Authorized Person shall approve; and

**RESOLVED FURTHER**, that each Authorized Person be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist or consult with the Company during the chapter 7 case; and

**RESOLVED FURTHER**, that each Authorized Person be, and each is, authorized and directed to take any and all further actions to execute and deliver any and all further instruments and documents and to pay all expenses (subject to Bankruptcy Court approval, when necessary), in each case as their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted by the Company; and

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any and each Authorized Person, which are necessary or desirable to effectuate the intent of the resolutions adopted herein, and hereby in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, these resolutions have been adopted as of the date first written above.

By: _____/s/ Gary W. Munch_____
    Gary W. Munch

7912336/

2