# United States Bankruptcy Court
## District of Delaware

In re  **Boss Enterprises - 5th & Greenhill, LLC**　　　Case No. **18-12115**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Boss Enterprises - 5th & Greenhill, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CW Boss, LLC**
**34 Ridgewood Circle**
**Wilmington, DE 19809**

**David Pack**
**1809 Gravers Lane**
**Wilmington, DE 19810**

**Diane Schueneman**
**1702 North Park Drive**
**Apt. 63**
**Wilmington, DE 19806**

**Gary Munch**
**2529 W. 18th Street**
**Wilmington, DE 19806**

**Hanns Derke**
**106 Longo Drive**
**Avondale, PA 19311**

**Ken Fleischer**
**557 General Knox Road**
**King of Prussia, PA 19406**

☐ None [*Check if applicable*]

**September 20, 2018**　　　　　　　　　/s/ Eric J. Monzo
Date　　　　　　　　　　　　　　　　**Eric J. Monzo 5214**
　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　Counsel for **Boss Enterprises - 5th & Greenhill, LLC**
　　　　　　　　　　　　　　　　　　Morris James LLP
　　　　　　　　　　　　　　　　　　**500 Delaware Avenue, Suite 1500**
　　　　　　　　　　　　　　　　　　**Wilmington, DE 19801**
　　　　　　　　　　　　　　　　　　**(302) 888-6800 Fax:(302) 571-1750**
　　　　　　　　　　　　　　　　　　**emonzo@morrisjames.com**