# Notice Recipients

District/Off: 0311−1    User: Cheryl    Date Created: 9/21/2018
Case: 18−12115−MFW    Form ID: 309C    Total: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Boss Enterprises – 5th & Greenhill, LLC | 2 McCullough Drive    Unit 1A    New Castle, DE 19720 |
| tr | David W. Carickhoff | Archer & Greiner, P.C.    300 Delaware Ave    Suite 1100    Wilmington, DE 19801 |
| aty | Eric J. Monzo | Morris James LLP    500 Delaware Avenue, Suite 1500    P.O. Box 2306    Wilmington, DE 19899−2306 |
| 12823808 | Adam Campisi | McCarthy, Burgess & Wolfe    The MB&W Building    26000 Canon Road    Cleveland, OH 44146 |
| 12823809 | American Arbitration Association | 120 Broadway, 21st Floor    New York, NY 10271 |
| 12823810 | American Express | P.O. Box 981535    El Paso, TX 79998 |
| 12823811 | Artisan Kitchens, Inc. | 524 Greenhill Avenue    Wilmington, DE 19805 |
| 12823812 | Christiana Bank & Trust Company | 3801 Kennett Pike    Greenville, DE 19807 |
| 12823813 | Cincinnati Insurance Company | P. O. Box 145620    Cincinnati, OH 45250 |
| 12823814 | David P. Roser, Inc. | P.O. Box 104    Hockessin, DE 19707 |
| 12823850 | Department of Labor | Division of Unemployment Insurance    P.O. Box 9953    Wilmington, DE 19809 |
| 12823815 | Donegal Insurance Group | P.O. Box 300    Marietta, PA 17547 |
| 12823816 | Duane Morris | 30 South 17th Street    Philadelphia, PA 19103 |
| 12823817 | FIRST Insurance Funding, a Division of | Lake Forest Bank & Trust Company, N.A.    450 Skokie Boulevard, Suite 1000    Northbrook, IL 60062 |
| 12823818 | Gary A. Bryde, Esq. | Crossland, Heinle & Bryde, LLC    724 Yorklyn Road, Suite 100    Hockessin, DE 19707 |
| 12823819 | Isuzu Finance of America, Inc. | 3020 Westchester Avenue, Suite 203    Purchase, NY 10577 |
| 12823820 | Mt. Pleasant Management Corporation | 855 Lexington Avenue    New York, NY 10065 |
| 12823848 | New Castle County/Law | Attention: Bill Weisel    87 Reads Way    New Castle, DE 19720 |
| 12823821 | PNC Equipment Finance, LLC | 655 Business Center Drive    Horsham, PA 19044 |
| 12823822 | R. Grant Dick, IV, Esq. | Cooch and Taylor, P.A.    The Brandywine Building    100 West Street, 10th Floor    Wilmington, DE 19801 |
| 12823849 | State of Delaware | Division of Revenue    820 N. French Street, 8th Floor    Wilmington, DE 19801−0820 |
| 12823823 | Stephano Slack LLC | 1700 West 14th Street    Wilmington, DE 19806 |
| 12823824 | Taub Investments | c/o Andy Taub    P.O. Box 3060    Wilmington, DE 19804 |
| 12823825 | The Barnyard Boys | 740 Notthingham Road    Peach Bottom, PA 17563 |
| 12823826 | Visa | P.O. Box 13337    Philadelphia, PA 19101 |
| 12823827 | Wilmington Savings Fund Society, FSB | 500 Delaware Avenue, 12th Floor    Wilmington, DE 19801 |

TOTAL: 26